1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   ) 1:06-CR-00158 OWW
                            )
           Plaintiff,       )
                            ) PRELIMINARY ORDER OF FORFEITURE
      v.                    )
                            )
REYES MIRANDA,              )
                            )
           Defendant.       )
_____)

   Based upon the plea agreement entered into between plaintiff United States of America and defendant Reyes Miranda, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

   1.   Pursuant to 21 U.S.C. § 853(a), defendant Reyes Miranda's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.   Approximately $3,394.00 in U.S. Currency.

   2.   The above-listed property constitutes or is derived from proceeds defendant obtained directly or indirectly as a result of the commission of a violation of 21 U.S.C. §§ 841(a)(1) and 846.

///

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in <u>The Business Journal</u> (Fresno County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Attorney General's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons no notified.

///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   August 20, 2007**                    /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE