```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KATHLEEN A. SERVATIUS
    STEPHANIE HAMILTON BORCHERS
 3  Assistant United States Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California 93721
 5  Telephone: (559) 497-4004
    Facsimile: (559) 497-4099
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  1:06-CR-0158 OWW
                                 )
12            Plaintiff,         )
                                 )  FINAL ORDER OF FORFEITURE
13       v.                      )
                                 )
14  REYES MIRANDA,               )
                                 )
15            Defendant.         )
                                 )
16
17       WHEREAS, on August 22, 2007, this Court entered a Preliminary Order
18  of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based
19  upon the plea agreement entered into between plaintiff and defendant
20  Reyes Miranda forfeiting to the United States the following property:
21       a.   Approximately $3,394.00 in U.S. Currency.
22       AND WHEREAS, on September 5, 12, and 19, 2007, the United States
23  published notice of the Court's Preliminary Order of Forfeiture in The
24  Business Journal (Fresno County), a newspaper of general circulation
25  located in the county in which the above-described property was seized.
26  Said published notice advised all third parties of their right to
27  petition the court within thirty (30) days of the publication date for
28  a hearing to adjudicate the validity of their alleged legal interest in
```

FILED

NOV 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

1

1 | the forfeited property;

2 | AND WHEREAS, the United States sent direct written notice by
3 | certified mail to Mayra Briceno;

4 | AND WHEREAS, the Court has been advised that no third party has
5 | filed a claim to the subject property, and the time for any person or
6 | entity to file a claim has expired.

7 | Accordingly, it is hereby ORDERED and ADJUDGED:

8 | 1. A Final Order of Forfeiture shall be entered forfeiting to the
9 | United States of America all right, title, and interest in the above-
10 | described property pursuant to 21 U.S.C. § 853(a), to be disposed of
11 | according to law, including all right, title, and interest of defendant
12 | Reyes Miranda.

13 | 2. All right, title, and interest in the above-described property
14 | shall vest solely in the name of the United States of America.

15 | 5. The U.S. Marshals Service shall maintain custody of and
16 | control over the subject property until it is disposed of according to
17 | law.

18 | SO ORDERED THIS 21st day of November, 2007.

OLIVER W. WANGER
United States District Judge